Charollet R. DISNEY, Appellant,

v.

**MIDAMERICAN BANK AND TRUST COMPANY, et al., Respondents.**

No. WD 39225.

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1988.

Application to Transfer Denied
April 19, 1988.

Walter K. Disney, Kansas City, for appellant.

Mark Wasserstrom and Solbert Wasserstrom, Kansas City, for respondents, Bowker, Beatty and Davilyn Properties.

Joel Poole, Polsinelli, White, Vardeman & Shalton, Kansas City, for McCue–McGuire Real Estate.

John E. Turner, Popham, Conway, Sweeny, Fremont & Bundschu, P.C., Kansas City, for respondent Cosgrove.

George O'Laughlin, Kansas City, for respondent Mid–American Bank & Trust.

Alan E. South, Crews, Smart, South, Whitehead, Reeves & Waits, P.C., Kansas City, for respondents Marion J. Gorman.

Before LOWENSTEIN, P.J., and CLARK and COVINGTON, JJ.

### ORDER

PER CURIAM:

Appeal from a judgment for defendants on plaintiff's petition to quiet title and set aside a trustee's deed, and in favor of defendants on a counter-claim for fair rental value of a residence.

Affirmed. Rule 84.16(b), with $100 damages under Rule 84.19.

**STATE of Missouri, Respondent,**

v.

**Nathaniel D. NELSON, Appellant.**

No. WD 39379.

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1988.

Application to Transfer Denied
April 19, 1988.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, L. Timothy Wilson, Asst. Attys. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

### ORDER

PER CURIAM

Defendant appeals conviction by jury trial of assault in the second degree and armed criminal action and sentence of seven years on each charge to run consecutively.

Judgment affirmed. Rule 30.25(b).